

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00201-CV

Francisco Javier **GARZA**, Jr.,
Appellant

v.

Fred Andrew **PULLEN** and America Midwest Transportation LLC,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 18-12-17880-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED IN PART. Specifically, we AFFIRM the trial court's summary judgment as to appellant's gross negligence and premises liability claims. The remainder of the trial court's judgment is REVERSED. We REMAND appellant's negligence claim against appellees to the trial court for further proceedings.

We further ORDER that the parties shall bear their own costs of this appeal.

SIGNED July 20, 2022.

_____
Rebeca C. Martinez, Chief Justice